

# THOMAS AMBROSIO
### ATTORNEY AT LAW

Member of NJ & NY Bars

January 20, 2016

Via ECF

Robert Frazer
Assistant United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

> Re:   USA vs. Farad Roland
> Crim. No. 12-298 (ES)
> Discovery Request – Pursuant to Rule 16, *Brady vs. Maryland*

Dear Mr. Frazer:

Based upon my ongoing review of the discovery and trial preparation of this case I hereby make the following discovery request pursuant to Rule 16 and *Brady vs. Maryland*:

1. All reports related to the 7/19/07 homicide of Abdulah Whitehead a/k/a Rashawn Jackson a/k/a Marco Knight. Abdulah Whitehead was allegedly a member of the South Side Cartel gang.

2. All reports related to the 11/7/06 homicide of Keson Leary a/k/a Wolf. Keson

3. All reports related to the 6/25/08 homicide of John Warren a/k/a (Little Johnny). I believe this homicide has been assigned Newark Homicide #53-08.

4. All reports related to the 11/28/09 homicide of Jonnie Van Bullard, Jr.

It is the defense position that the above requested discovery must be produced as (1) Rule 16 discovery and as (2) *Brady* material since it may help exonerate Mr. Roland in that the discovery may establish that perpetrator(s) of the Whitehead, Leary, Warren, and Van Bullard murders may have committed one or more of the seven homicides Mr. Roland is charged with committing.

The Government is requested to turn over the above material within 10 days of the date of this letter.

Very truly yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:   Richard Jasper, Esq.
      Michael Bachrach, Esq.
      AUSA Courtney Howard
      AUSA Robert Feitel
      Farad Roland (via regular mail)