RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

° ADMITTED IN N.Y., FLA., AND D.C.

LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

January 21, 2016

Hon. Esther Salas
United States District Judge
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

                            Re:    United States v. Farad Roland,
                                        Criminal No. 12-298 (ES)

Dear Judge Salas:

      Last week the Court appointed the undersigned to represent Farad Roland as conflict counsel, to advise him regarding his decision whether or not to waive any potential or actual conflicts occasioned by the representation of a government cooperating witness by one of his current attorneys, Thomas Ambrosio. Pursuant to that appointment I have reviewed the relevant filed documents and have met with Mr. Roland at the Metropolitan Detention Center in Brooklyn, N.Y.

      I am therefore prepared to appear before your Honor with Mr. Roland to proceed with the appropriate hearing. I am available on Tuesday, January 26 (afternoon only); Monday, February 1; and Tuesday, February 2.

                                              Respectfully submitted,

                                              Richard Levitt

    cc:    Defense counsel (by ECF)
            Government counsel (by ECF)
            Farad Roland (by U.S. mail)