LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                    http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                            michael@mbachlaw.com

January 25, 2016

By ECF and by email

AUSA Robert Frazer
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, New Jersey 07102

                                      *Re: United States v. Farad Roland, et al.,*
                                      *12 Cr. 298 (ES) (D.NJ)*

Dear Mr. Frazer:

      As per our telephone conversation and your request for further written clarification, please accept this letter as confirmation that <u>all</u> discovery demand-letters filed by Thomas Ambrosio of behalf of the defendant, Farad Roland, have been reviewed and adopted by Richard Jasper and myself acting on Mr. Roland's behalf. The same is also true for all prior discovery demand-letters filed by Donna Newman.

      It is the parties' agreement that the Government will now comply with defense counsels' discovery demands in a timely fashion and in turn the defense will not file a discovery motion prior to the District Court's determination of the pending motion to disqualify Mr. Ambrosio (assuming a discovery motion remains necessary at such time).

                                                      Yours sincerely,

                                                      Michael K. Bachrach
                                                      Richard Jasper
                                                      Thomas Ambrosio
                                                      *Attorneys for Defendant Farad Roland*

cc:     AUSA Robert Feitel (by ECF)
          AUSA Courtney Howard (by ECF)