

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

Robert L. Frazer
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, New Jersey 07102

Direct Dial: (973) 645-2897
Facsimile: (973) 645-3497
robert.frazer@usdoj.gov

February 9, 2016

Thomas Ambrosio, Esq.
Richard Jasper, Esq.
Michael Bachrach, Esq.
**BY ECF AND EMAIL**

Dear Counsel:

This letter addresses defendant's discovery demand dated January 20, 2016 (Docket No. 155).

Request No. 1: Ballistics reports are contained in the discovery previously provided for each incident concerning a firearm. If the defendant believes a report for a weapon mentioned in the discovery is missing, please notify the Government. The Government does not yet have any "microscopic photographs" or "ballistics examiner diagrams" in its possession, but will attempt to obtain these reports, and will turn them over as soon as they are obtained.

Request No. 2: All reports were turned over on or about May 22, 2013 (Bates stamped 34.0001-34.0284 including related photographs), and December 11, 2013 (34.0285-34.0294 and related photographs).

Request No. 3: All reports were turned over on or about December 11, 2013 (56.0001-56.0044, including related photographs).

Respectfully Submitted,

PAUL J. FISHMAN
United States Attorney

BY:  ROBERT L. FRAZER
Assistant U.S. Attorney