

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*Robert L. Frazer*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Direct Dial: (973) 645-2897*
*Facsimile: (973) 645-3497*
*robert.frazer@usdoj.gov*

April 15, 2016

Stephen Turano, Esq.
Richard Jasper, Esq.
Michael Bachrach, Esq.
**BY ECF AND EMAIL**

Dear Counsel:

    This letter addresses defendant's discovery demand dated January 20, 2016 (Docket No. 147).

| | |
|---|---|
| Request No. 1: | Reports of the August 16, 2008 homicide associated with Newark CC#08-67851 are in the discovery dated April 15, 2016 marked 51-0249 through 51.0697. |
| Request No. 2: | Reports of the April 16, 2008 shooting hit associated with Newark CC# 08-32150 are in the discovery dated April 15, 2016 as 51-0212 through 51.0248. |
| Request No. 3: | No such "addendums" are in the possession of the Government. |

    Respectfully Submitted,

    PAUL J. FISHMAN
    United States Attorney

BY:    ROBERT L. FRAZER
    Assistant U.S. Attorney