

**U.S. Department of Justice**
*Acting United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*  (973) 645-2700
*Newark, New Jersey 07102*

August 7, 2017

**VIA ECF AND ELECTRONIC MAIL**
The Honorable Esther Salas
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   United States v. Farad Roland
               Crim. No. 12-298 (ES)

Dear Judge Salas:

      The Government respectfully submits this letter to withdraw, in part, its letter motion to strike portions of Defendant's Proposed Findings of Fact and Conclusions of Law (Docket Entry 434).

      The Government is in receipt of Mr. Bachrach's letter, dated August 7, 2017. The Government concedes error with regard to Paragraphs 245, 246, and 262, and respectfully apologizes both to the Court and to defense counsel. The citation in those paragraphs was confusing, and gave the impression that two documents were being cited. Nevertheless, it is our error, and we withdraw our motion to strike as to those paragraphs.

      With regard to the remaining paragraphs, the fact that certain articles were cited to in expert reports and/or CV's does not put them into the record independently. For those articles to be placed into the record, they needed to be marked and admitted as exhibits – as was done with dozens of other articles during the course of the hearing. Alternatively, the articles could have been discussed during the testimony while Drs. McGrew or Greenspan were on the stand.

      Defendant's Proposed Findings of Fact and Conclusions of Law did not cite to the reports or CV's which were in evidence. Likewise, it did not cite to the testimony during which the witnesses explained these articles. Rather, Defendant cited to the articles themselves, even though the articles were never admitted into evidence. Thus, by definition, Defendant cited to evidence which is not in the record.

2

Therefore, the Government maintains its motion to strike with regard to <u>Paragraphs 171, 172, 248, and 695</u>.

Respectfully Submitted,

WILLIAM E. FITZPATRICK
Acting United States Attorney

By: _____
JAMES B. NELSON
*Special Assistant U.S. Attorney*
ROBERT L. FRAZER
*Assistant U.S. Attorney*


cc: Stephen Turano, Esq. (by email)
Richard Jasper, Esq. (by email)
Michael Bachrach, Esq. (by email)
Susan K. Marcus, Esq. (by email)