Law Office of
# Michael K. Bachrach
276 Fifth Avenue, Suite 501
New York, N.Y. 10001
--------------
Tel. (212) 929-0592 • Fax. (866) 328-1630

Michael K. Bachrach *                                                                  http://www.mbachlaw.com
\* admitted in N.Y., MN and D.C.                                                       michael@mbachlaw.com

December 29, 2017

By ECF

The Hon. Esther Salas
United States District Court Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07101

>                    *Re: United States v. Farad Roland, et al.,*
>                    *Crim. No. 12-298 (ES)*

Dear Judge Salas:

     Pursuant to this Court's Order, dated, December 19, 2017 (Doc. No. 462), the defense writes on behalf of both parties to alert the Court that the parties are in agreement that reliance upon pre-approved questions as an aid to *voir dire* would be useful in this case.  On December 26, 2017, the defense provided the Government with its proposed juror questionnaire, and on December 28, 2017, the Government provided the defense with its edits and objections.  As such, the parties jointly propose that we be given until January 5, 2018, to provide the Court with an exhibit presenting disputed proposed questions in side-by-side columns.

     The parties remain in disagreement as to whether those questions should be presented to the jury in the form of a written juror questionnaire to be completed in writing on Thursday, April 26, 2018 (or another date set by this Court), or as a list of questions provided to the jury on Monday, April 30, 2018, to be responded to only orally.  As such, the parties jointly propose that when we submit our exhibit on January 5, 2018, we actually submit two exhibits so that this Court may consider the questions simultaneously in the context of the format that each party prefers.  We note that the questions would be substantively the same in both exhibits, with minor adjustments being made only to accommodate the competing formats. Alternatively, if the Court prefers to first resolve the threshold question regarding an oral versus a written questionnaire, the parties would be prepared to submit one exhibit in the Court's preferred format.  Should the Court prefer this course, the parties request a brief telephone conference to present their respective positions.

     The parties also request that we be given until January 5, 2018, to submit a proposed schedule for simultaneous letter-briefs, should any be necessary.  The parties are making every effort to resolve our disagreements and by January 5th we expect there to be very few issues remaining in dispute.

The Hon. Esther Salas
December 29, 2017
Page 2 of 2

       As always, thank you for your time and consideration.

                                      Respectfully submitted,

                                      /S/ Michael K. Bachrach
                                      /S/ Stephen Turano
                                        /S/ Richard Jasper
                                        *Attorneys for Farad Roland*

cc:     All parties of record (by ECF)